Lenore L. Albert, Esq. SBN 210876
31872  Joshua Dr #22C
Trabuco Canyon, CA 92679
Phone 424-365-0741

Email: lenorealbert@msn.com
Debtor/Plaintiff, pro per

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF **LENORE ALBERT** <br> Debtor, <br><br> LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF **LENORE ALBERT**, <br><br> Petitioner/Plaintiff(s), <br><br> v. <br><br> CALIFORNIA STATE BAR <br><br> Respondents/Defendants | Chapter 7 <br><br> CASE NO. SA 8:18-bk-10548-ES <br><br> ADVERSARY NO. 8:18-ap-01065-SC <br>                   8:20-ap-01095-SC <br><br> Assigned to the Hon. Scott C. Clarkson <br> Ctrm: 5C – Fifth Floor <br><br> **PLAINTIFF'S NOTICE OF GAMESMANSHIP AT THE DEPOSITION OF LESLIE WESTMORELAND, ESQ.** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On March 4, 2022 at approximately 10:05 AM it was discovered that State Bar Office of General Counsel attorneys Marc Shapp and Suzanne Grandt were secretly passing emails to try to entrap Deponent Leslie Westmoreland, Esq. into a Contempt of Court order via a message sent from Mr. Shapp to Ms. Grandt citing FRCP 41. The attorneys did not take a break to discuss this but pretended as though no discussion was occurring. Ms. Grandt disclosed this by showing her screen during screen share with an active message open and then closed to her email subjects or message subjects revealed during the deposition. Plaintiff, Lenore Albert, objected on the record and asked if this is how they have been tag teaming in all of the depositions to which Ms. Grandt and Mr. Shapp refused to respond.

This was a misuse of the Deposition process to try to create a State Bar investigation or complaint or Court Order against the Deponent, Leslie Westmoreland.

This notice is being prepared immediately after the event occurred.

Dated: March 4, 2022            Respectfully Submitted,

/s/ Lenore L. Albert
Lenore L. Albert, Esq.
Plaintiff and Debtor, pro se

1
**PLAINTIFF'S NOTICE OF GAMESMANSHIP AT THE DEPOSITION OF LESLIE WESTMORELAND, ESQ.**
*Albert v Farfan, et al* 18-ap-01065-SC/20-ap-01095-SC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 31872 Joshua Dr 22C, Trabuco Canyon, CA 92679

A true and correct copy of the foregoing document entitled:
**PLAINTIFF'S NOTICE OF GAMESMANSHIP AT THE DEPOSITION OF LESLIE WESTMORELAND, ESQ.**
will be served or was served in the manner stated below:

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03-04-2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Richard L Barrett on behalf of Respondent Jeremy Nathan Roarkthebarrettlawoffice@yahoo.com (email)

**Marc Schapp**, for The State Bar of California, Maricruz Farfan, Timothy Byer, Alex Hackert, Paul Bernardino, Hon. Yvette Roland Email: marc.schapp@calbar.ca.gov (email)

**Suzanne C Grandt**, for State Bar of California, Maricruz Farfan, Timothy Byer, Alex Hackert, Paul Bernardino, Hon. Yvette Roland Email: suzanne.grandt@calbar.ca.gov (email)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03-04-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |