1   VANESSA L. HOLTON (111613)
    General Counsel
2   ROBERT G. RETANA (148677)
    Deputy General Counsel
3   SUZANNE C. GRANDT (304794)
    Assistant General Counsel
4   MARC A. SHAPP (266805)
    Assistant General Counsel
5   **OFFICE OF GENERAL COUNSEL**
6   **THE STATE BAR OF CALIFORNIA**
    180 Howard Street
7   San Francisco, CA  94105-1639
    Telephone: 415-538-2000; Facsimile: 415-538-2517
8   Email: marc.shapp@calbar.ca.gov

9
    Attorneys for Defendant State Bar of California
10

11              UNITED STATES BANKRUPTCY COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                  SANTA ANA DIVISION

14  In re LENORE LUANN ALBERT-SHERIDAN       | Chapter 7
    d/b/a LAW OFFICES OF LENORE ALBERT
15                                           | Case No.   SA 8:18-bk-10548-ES
          Debtor.
16                                           | Cons. Adv. Nos. 8:18-ap-01065-SC (lead);
                                                           8:20-ap-01095-SC
17

18  LENORE LUANN ALBERT-SHERIDAN             | **DEFENDANT STATE BAR OF**
    d/b/a LAW OFFICES OF LENORE ALBERT,      | **CALIFORNIA'S** *AMENDED* **NOTICE**
19                                           | **OF MOTION AND MOTION TO**
                                             | **STRIKE NOTICE OF**
20              Plaintiff,                   | **GAMESMANSHIP AT THE**
                                             | **DEPOSITION OF LESLIE**
21  v.                                       | **WESTMORELAND, ESQ.**

22  MARICRUZ FARFAN, an individual;          | HEARING DATE: April 12, 2022
    TIMOTHY BYER, ESQ., an individual;       | TIME:            1:30 p.m.
23  STATE BAR OF CALIFORNIA, a public        | COURTROOM:    5C – VIRTUAL
    corporation; NIRA WOODS, an individual;
24  DEVAN LUCAS, ESQ., and DOES 1 through 1
    through 10, inclusive,
25                                           | JUDGE:  Honorable Scott C. Clarkson

26              Defendants.

27

28

1    **PLEASE TAKE NOTICE** THAT ON April 12, 2022, at 1:30 p.m., in the

2    Courtroom of the Honorable Scott C. Clarkson, in the United States Bankruptcy Court, Central

3    District of California, Santa Ana Division, located at 411 West Fourth Street, Santa Ana,

4    California, 92701, Courtroom 5C, via Zoom, counsel for Defendant State Bar of California will

5    and hereby does move the Court pursuant to Rule 7012 of the Federal Rules of Bankruptcy

6    Procedure and 12(f) of the Federal Rules of Civil Procedure for an order striking the document

7    filed as Docket Number 261, titled "Notice of Gamesmanship at the Deposition of Leslie

8    Westmoreland Esq."   This motion is based on this Notice of Motion and Motion, all pleadings

9    and papers on file in this action and any related actions, and oral argument as may be presented

10    to the Court.

11

12    Dated: March 9, 2022                    Respectfully submitted,

13                                            VANESSA L. HOLTON
                                             General Counsel
14                                            ROBERT G. RETANA
                                             Deputy General Counsel
15
                                             OFFICE OF GENERAL COUNSEL
16                                            THE STATE BAR OF CALIFORNIA

17                                            By:/s/ SUZANNE C. GRANDT
18                                                 SUZANNE C. GRANDT
                                                  Assistant General Counsel
19                                                 Attorneys for Defendant
                                                  State Bar of California
20

21

22

23

24

25

26

27

28

Defendant State Bar of California's Notice of Motion and Motion to Strike                    8:18-ap-01065-SC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
180 Howard Street, San Francisco CA 94105.

A true and correct copy of the foregoing document entitled (*specify*):
**DEFENDANT STATE BAR OF  CALIFORNIA'S *AMENDED* NOTICE OF MOTION AND
MOTION TO STRIKE NOTICE OF GAMESMANSHIP AT THE DEPOSITION OF LESLIE
WESTMORELAND, ESQ.**
 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/9/2022,
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following
persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Lenore L. Albert lenalbert@interactivecounsel.com
David Brian Lally davidlallylaw@gmail.com
Richard L. Barrett the barrettlawoffice@yahoo.com
Jeffrey I Golden, Trustee, jig@trustesolutions.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage
prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be
completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/9/2022, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Judge Scott Clarkson

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/9/2022 | Joan Randolph | /s/Joan Randolph |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**